FILED
2021 Feb-09  PM 01:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVON L. ELLIS,**<br>**AIS# 234394,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:17-CV-1726-JHE** |
| **SGT. L. AARON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Defendant in this case, by and through the Attorney General for the State of Alabama, and the Plaintiff, by and through counsel Brian Traywick, respectfully submit this Joint Stipulation of Dismissal with Prejudice, wherein the parties represent that this matter has been fully resolved pursuant to the terms set forth in the Full and Final Settlement Agreement and Release, which has been signed by the parties.  The parties therefore seek a Court Order dismissing this case with prejudice.

Respectfully submitted this the 9th day of February 2021.

J. Matt Bledsoe
Assistant Attorney General
Attorney for Defendant Samuel Aaron

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7443 (T)
Email:  Matt.Bledsoe@AlabamaAG.gov

 

Brian Traywick (TRA044)
Attorney for Plaintiff Davon Ellis

OF COUNSEL:

SHUNNARAH INJURY LAWYERS, P.C.
3626 Clairmont Avenue S
Birmingham, Alabama 35222
Email: btraywick@asilpc.com
Telephone: (205) 203-4056